IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-29 |
| Plaintiff, | |
| vs. | |
| MATTHEW JAMES HOWARD, | DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | |

Matthew James Howard, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 10:30 a.m. on January 10, 2019.

## I. Witnesses

Mr. Howard does not anticipate calling any witnesses at the sentencing hearing.

## II. Exhibits

Mr. Howard will be moving to submit the following exhibit at sentencing:

A.   Neuropsychological Evaluation of Mr. Howard by Dr. Douglas Whiteside

## III. Issues

There are no disputed issues to be resolved at the sentencing hearing. The U.S. Probation Office noted that the issue of whether there are three groups or six groups for purposes of determining a combined offense level is unresolved. However, this issue does not affect Mr. Howard's sentencing guidelines calculation because neither party is disputing that Mr. Howard is a career offender. PSR ¶ 63. Mr. Howard will be asking this Court to sentence him to 77 months in prison, the bottom of his guidelines range. PSR ¶ 165. This request is based on Mr. Howard's extensive mental health history (Defendant's Exhibit A; PSR ¶¶ 112-130), the

1

unsophisticated nature of his conduct, the fact that he was in prison at the time he wrote the threatening letters and thus, he was incapable of acting on the threats, and the fact that Mr. Howard's impulsivity is treatable through structured, behaviorally-based psychotherapy (Defendant's Exhibit A, p. 11).

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 4, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Carrie Maas