IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 18-CR-29 |
| Plaintiff, ) | |
| vs. ) | |
| MATTHEW JAMES HOWARD, ) | DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM |
| Defendant. ) | |

Matthew James Howard, through counsel, hereby submits the following supplemental sentencing memorandum for the sentencing set at 10:30 a.m. on January 10, 2019.

## II. Exhibits

Mr. Howard will be moving to submit the following additional exhibit at sentencing:

B. Iowa Department of Corrections Psychiatric and Psychological Records

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 8, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Carrie Maas

1